UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-60316-CIV-DAMIAN

**MARIA JOSEFINA CHIGUIL TUCH**,

      Petitioner,

v.

**FIELD OFFICE DIRECTOR**, *et al.*,

      Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the parties' Joint Status Report ("Report") [ECF No. 13], filed on April 15, 2026. In the Status Report, the parties indicate that on March 3, 2026, Petitioner, Maria Josefina Chiguil Tuch ("Petitioner"), was given a bond hearing before the Immigration Court, consistent with this Court's Order [ECF No. 10] and that she was released from custody on a bond of $8,500.00. *See generally* Report. The parties state that there are no outstanding issues remaining before this Court. *Id.* In light of the foregoing, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 15th day of April, 2026.

                                 _____

                                 **MELISSA DAMIAN**
                                 **UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record